James K. Schultz, Esq. (SBN 309945)
Tuan Van Uong, Esq. (SBN 272447)
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
tuong@sessions.legal

Attorney for Defendant
Jefferson Capital Systems, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WASHINGTON NAULLS,<br><br>    Plaintiff,<br>    vs.<br><br>JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, EXPERIAN INFORMAITON SOLUTIONS, INC. AND TRANSUNION, LLC.,<br><br>    Defendants. | Case No.: 5:23-cv-01217-CJC MAR<br><br>**DEFENDANT JEFFERSON CAPITAL SYSTEMS, LLC'S NOTICE OF SETTLEMENT** |

Defendant, Jefferson Capital Systems, LLC ("JCAP"), through its undersigned counsel, hereby respectfully submits this Notice of Settlement to advise the Court that the parties have reached a settlement of all claims and issues in this case.

On or about June 12, 2023, Plaintiff Brandon Washington Naulls ("Plaintiff") entered into a full settlement and release of all claims with co-defendant Verizon Wireless Services, LLC ("Verizon"). JCAP was expressly released as part of the settlement agreement between Plaintiff and Verizon.

JCAP's counsel confirmed its full release with Plaintiff's counsel on June 9, 2023. Further, on June 22, 2023, Plaintiff's counsel further confirmed that he intended to file a dismissal as to JCAP. Therefore, JCAP anticipates that Plaintiff will be filing a dismissal with prejudice as to JCAP shortly.

Respectfully submitted.

Dated: 8/2/23             SESSIONS, ISRAEL & SHARTLE, L.L.P.

/s/Tuan Van Uong
Tuan Van Uong
Attorney for Defendant
Jefferson Capital Systems, LLC

# CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I electronically filed a true and correct copy of the foregoing **Notice of Settlement** was filed electronically in the CM/ECF system. I also certify that all participants in this case that are registered CM/ECF users, that service will be accomplished by the CM/ECF system.

Dated: 8/2/2023                              SESSIONS, ISRAEL & SHARTLE, L.L.P.

_/s/ Tuan Van Uong_
Tuan Van Uong
Attorney for Defendant