# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON NAULLS,<br><br>　　　　Plaintiff,<br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC.<br><br>　　　　Defendant. | Case No.: 5:23-cv-01217-CJC-MARx<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC.** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Brandon Naulls ("Plaintiff") Transunion, LLC ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant Transunion, LLC with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 13th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Robert Sibilia*
　　　　　　　　　　　　　　　　　　　　ROBERT SIBILIA S.B.N. 126979
　　　　　　　　　　　　　　　　　　　　Oceanside Law Center
　　　　　　　　　　　　　　　　　　　　P.O. Box 861
　　　　　　　　　　　　　　　　　　　　Oceanside, CA 92049
　　　　　　　　　　　　　　　　　　　　Tel: (818) 478-8205
　　　　　　　　　　　　　　　　　　　　Fax: (818) 698-0300
　　　　　　　　　　　　　　　　　　　　Email: robert@oceansidelawcenter.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*