**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON NAULLS,<br><br>          Plaintiff,<br>    vs.<br><br>JEFFERSON CAPITAL SYSTEMS, VERIZON WIRELESS, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC.<br><br>          Defendant. | Case No.: 5:23-cv-01217-CJC-MARx<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC.** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Brandon Naulls ("Plaintiff") Transunion, LLC ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant Transunion, LLC with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 20th day of February, 2024.

                                        Respectfully Submitted,

                                        */s/ Robert Sibilia*
                                        ROBERT SIBILIA S.B.N. 126979
                                        Oceanside Law Center
                                        P.O. Box 861
                                        Oceanside, CA 92049
                                        Tel: (818) 478-8205
                                        Fax: (818) 698-0300
                                        Email: robert@oceansidelawcenter.com
                                        *Attorney for Plaintiff*